NUMBER 13-09-00409-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 






SAVANNAH ROBINSON, Appellant,


v.



SURGERY CENTER FOR INTERVENTIONAL

PAIN MANAGEMENT, P.A., Appellee.





On appeal from County at Law No. 4 


of Hidalgo County, Texas.






MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Garza


Memorandum Opinion Per Curiam


 Appellant, Savannah Robinson, and appellee, Surgery Center for Interventional Pain
Management, P.A., have filed an "Agreed Motion to Dismiss Appeal" in this cause. 
Pursuant to agreement, the parties request this Court to set aside the trial court's May 27,
2009 order without regard to the merits, to render judgment that appellee take nothing by
way of the May 27, 2009 order, to order that each party pay its own costs arising from this
appeal, and to dismiss this appeal and remand the case to the trial court. 

 The Court, having examined and fully considered the agreed motion, is of the
opinion that the motion should be granted in part and denied in part. The agreed motion
is GRANTED and the trial court's order is set aside without regard to the merits and the
cause is remanded to the trial court for rendition of judgment in accordance with the
agreement. See Tex. R. App. P. 42.1(2)(B). Pursuant to agreement of the parties, each
party will pay its own costs for the appeal. Id. 42.1(c). All other relief requested by the
motion and not granted herein is DENIED. 

 PER CURIAM

Delivered and filed the 

6th day of May, 2010.